IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00294-JLK-21

UNITED STATES OF AMERICA,

    Plaintiff,

v.

21. ELMA GARCIA,

    Defendant.

---

## ORDER

---

THIS MATTER coming before the Court upon petition of the government to order a writ of habeas corpus ad testificandum to the United States Marshal to produce the body of ELMA GARCIA, on Friday, June 29, 2007, at 10:30 a.m., and from day to day thereafter, at the United States Courthouse, 901 Nineteenth Street, Denver, Colorado, to appear in a cause before this Court,

IT IS HEREBY ORDERED that the government's petition is granted and that the writ attached to the government's petition shall issue forthwith from the Clerk of this Court.

SO ORDERED this ____ day of June, 2007.

BY THE COURT:

JOHN L. KANE
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF COLORADO